*I hold this judge responsible for the bad 1. Conduck of the police office, and up holding them.*

NOTICE:    THIS IS A SAMPLE FORM WHICH MAY BE USED ONLY AS A GUIDE IN CONSTRUCTING A COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI. ALTHOUGH THE PLAINTIFF MAY BE PRO SE (not represented by an attorney), THE PLAINTIFF IS STILL REQUIRED TO COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE AND THE LOCAL RULES OF THE SOUTHERN DISTRICT OF MISSISSIPPI.    DO NOT WRITE ON THIS FORM.

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

DEC −4 2023

ARTHUR JOHNSTON
BY_____ DEPUTY

*3:23cv3121-HTW-LGI*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

*Eddie L. Blackmon*                                                                 PLAINTIFF
(Plaintiff's name)

VS.                                                CIVIL ACTION NO. *Eddie L Blackmon*
*Chis Gomillson*                                            (to be provided by the Court)
*Sgt Tmaren*
*Off Warren And one*                                                      DEFENDANT(S)
(Defendant(s) name(s))
*more that they want give me his name*

**COMPLAINT**

COMES NOW, plaintiff, _____(plaintiff's name)_____, pro se, and for cause of action

against the defendant(s) *Ms coduc* (each of the defendants names) *False Rearrest* would state:

**JURISDICTION**

(Plaintiff is to complete this space by making a short and accurate statement of the grounds

upon which the court's jurisdiction depends. That is, why this matter is being brought in Federal

Court).

I.                *Forest*

Plaintiff is an adult resident citizen of the County of *Yes* , State of Mississippi.

The defendant *Yes* is an adult resident citizen of the County of *Yes Forest* .

State of *MS* . (The plaintiff will need to provide this information for each of the

g:\prose\forms\cmprosc.1

2.

defendants).

FACTS

(Plaintiff is to make a short and plain statement of the claim along with the facts that show why the plaintiff is entitled to relief). Ms Conduct by young offices City police

RELIEF

(Plaintiff is to state what relief he/she is seeking to obtain from the court).

Respectfully submitted, this the 8000 day of any , 2003 .

_Eddie Blackmon_
(signature of plaintiff)

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

(name of plaintiff) Eddie Blackmon

(mailing address of plaintiff) 415, S First Ave

(city, state and zip code) Forest Ms, 39074   39074

(phone number of plaintiff) 769-231-0696

They think Its funny to keep on coming to my Home, and arrest me on fake arrest charges, This is the seond time in two month. This judge is aware of the false arrest charges made by these Crooked police officers. In that This judge has fall to put his name on any Court orders. In this last arrest the same police came my apartment and Kick open my door came to my room and arrest me again for the same thing.

*15*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

## STANDARD OPERATING PROCEDURE
### GOVERNING PROTECTION OF PERSONAL AND
### SENSITIVE INFORMATION AND PUBLIC ACCESS TO COURT FILES

A. Personal Identifiers Prohibited. The following categories of information are deemed by statute, 44 U.S.C. §§ 3500 et seq., to be "personal identifiers" and shall not be stated in pleadings or other court-filed documents, including exhibits, except as permitted by this standard operating procedure:

1. Social security numbers.  *2,198*
2. Financial account numbers.
3. Dates of birth.  *19 50*
4. Names of minor children.

*I do not have a lawer at this Time. But I am doing the best I can With this paper work.*

B. Redacted Personal Identifiers. When personal identifiers are necessary and relevant, they shall be stated in pleadings and other court-filed documents, including exhibits, only in the following redacted formats unless otherwise ordered by the court:

1. A social security number shall be shown by only its final four digits.
2. The name of a minor child shall be stated by only the child's initials.
3. A person's date of birth shall be stated by only the year of birth.
4. A financial account number shall be stated by only the last four digits or letters of the number.

C. Exception; Sealed Documents. On motion and for good cause shown, the court may permit a party to file both a sealed document containing unredacted personal identifiers and a redacted copy for the public file. The court disfavors sealed documents; authorization to seal a document will be granted sparingly.

D. Responsibility and Duty of Counsel and Parties. The responsibility and duty for protecting personal identifiers rests on counsel and the parties. Neither the court nor the clerk will review pleadings for compliance. Counsel and parties must consider that the E-Government Act of 2002, 44 U.S.C. §§ 3500 et seq., and the policies of the Judicial Conference of the United States, require all federal courts eventually to make pleadings, orders, and judgments available over the Internet. Consequently, personal identifiers and sensitive information and data that formerly were available publicly only by a physical review of the courts' case files will be available openly and readily on the court's Internet public websites.

E. Sensitive Information and Data; Caution Advised. The following categories of information may be deemed "sensitive information" or "sensitive data":

1. Personal identifying numbers, such as driver license numbers.
2. Medical records, treatments, and diagnoses.
3. Employment histories.
4. Personal financial information.
5. Proprietary or trade secret information.

F. Redacted Sensitive Information and Data. When sensitive information or sensitive data is necessary and relevant in the course of litigation, it may be stated in pleadings and other court-filed documents, including exhibits, in such redacted format as may be appropriate under the circumstances.

G. Sealed Sensitive Information and Data. On motion and for good cause shown, the court may permit a party to file both a sealed document containing unredacted sensitive information or data and a redacted copy for the public file. The court disfavors sealed documents; authorization to seal a document will be granted sparingly.

H. Responsibility and Duty of Counsel and Parties. The cautions pertaining to personal identifiers presented in preceding paragraph D. of this standard operating procedure are equally applicable to sensitive information and data.

**Exhibit A**